IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MORFIN, | |
| Plaintiff, | |
| v. | No. 21-cv-05525 |
| SCOTT CASSIDY *et al.* | Judge John F. Kness |
| Defendants. | |

| | |
|---|---|
| WAYNE ANTUSAS, | |
| Plaintiff, | |
| v. | No. 22-cv-00320 |
| SCOTT CASSIDY *et al.* | Judge John F. Kness |
| Defendants. | |

**ORDER**

These cases are related to an earlier-filed case pending before the Court: *Sopron v. Cassidy et al.*, No. 19-cv-08254. (*See* Dkt. 1.) Each of these three cases arises out of the alleged wrongful convictions of Plaintiffs Sopron, Morfin, and Antusas for the 1995 murders of two thirteen-year-old female victims. Each individual complaint is largely similar to the others, and each asserts similar causes of action against similar Defendants. Various dispositive motions filed in these actions argue similar issues on similar bases. On March 20, 2022, the Court issued a 31-page opinion in *Sopron v. Cassidy et al.*, No. 19-cv-08254, addressing five motions to dismiss, including ones from the ASA defendants, the Investigator defendants, the Officer defendants, and the City.

      In the time since the Court issued its ruling in *Sopron*, the same Defendants have each filed individual dispositive motions in *Morfin* and *Antusas*; the motions present arguments very similar to those made in *Sopron*. There is no material distinction that the Court can discern between the motions to dismiss filed in *Morfin* and *Antusas* and those that the Court decided in *Sopron*. Consistent with the Court's orders denying the *Sopron* motion to dismiss (Dkt. 157, 158), as well as the ruling issued today granting a motion for reconsideration in *Sopron* (Dkt. 221, No. 19-cv-08254), the motions to dismiss (Dkt. 46, 47, 61, and 63 in *Morfin*; Dkt. 51, 52, 54, 59 in *Antusas*) are denied.

      Any party that wishes to bring a renewed motion to dismiss on a basis not addressed by the Court in *Sopron v. Cassidy et al.*, No. 19-cv-08254, may, on or before April 21, 2023, file a motion seeking leave to do. Any motion seeking such leave must note, with particularity, the distinction between this case and the issues decided in *Sopron*.

SO ORDERED in Nos. 21-cv-05525 and 22-cv-00320.

Date: March 30, 2023

                                                    JOHN F. KNESS
                                                    United States District Judge