**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WAYNE ANTUSAS | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 22 cv 00320** |
| | ) | |
| **v.** | ) | |
| | ) | |
| SCOTT CASSIDY, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS FORMER COOK COUNTY STATE'S ATTORNEY INVESTIGATORS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

1. Supplementary Report dated December 17, 1995. ("CSR 12/17/95")

2. Excerpts from the Deposition of Patricia Shea taken on November 9, 2023. ("Shea Dep.")

3. William Moser testimony taken before a grand jury on January 9, 1996. ("GJ Moser")

4. State's Answer to Discovery filed on March 6, 1996. ("St. Disclosure")

5. Investigative Report summarizing the interview of William Bigeck. ("CCSAO BB Proffer Report I")

6. Investigative Report on the interview of William Bigeck by William Marley taken on September 27, 1996. ("CCSAO BB Proffer Report II")

7. William Bigeck signed proffer letter. ("BB Proffer Letter")

8. Proffer letter signed by Edward Morfin and Scott Cassidy. ("Proffer EM")

9. Investigative report summarizing the interview of Edward Morfin on September 18, 1996. ("CCSAO EM Proffer Report")

10. Excerpts from the Deposition of Sandra Gizowski taken on May 22, 2023. ("Sandra Gizowski Dep.")

11. Excerpts from the Deposition of Matthew Sopron taken on April 8, 2024. ("Sopron Dep.")

12. Excerpts taken from the Deposition of William Bigeck taken on January 22, 2024. ("Bigeck Dep.")

13. Excerpts taken from the Deposition of Nicole Loye taken on October 10, 2023. ("Loye Dep.")

14. Letter from Patrick Walsh to William Bigeck dated February 9, 2018, regarding resentencing of co-defendants. ("Walsh correspondence")

15. Letter addressed to Carol Rogala from Patrick Walsh dated September 24, 2018. ("Exhibit 412 to Rogala's Dep.")

16. Excerpts taken from the Deposition of Carol Rogala taken on May 21, 2024. ("Rogala Dep.")

17. Report of Proceedings for Sopron's Certificate of Innocence Proceeding on November 20, 2019.  ("Exhibit 417 to Rogala Dep.")

18. Jon Walters expert report in the matter of Matthew Sopron, Wayne Antusas, and Nicholas Morfin dated February 12, 2026. ("Walters Report")

19. Excerpts taken from the Deposition of George Zuganelis taken on March 15, 2023. ("Zuganelis Dep.")

20.  Excerpts taken from the Deposition of Scott Cassidy taken on July 21, 2023. ("Cassidy Dep.")

21.  Excerpts taken from the Deposition of Larry Axelrood taken on March 16, 2023. ("Axelrood Dep.")

22. Excerpts taken from the Deposition of Eugene Gizowski, Sr. taken on February 22, 2023. ("Eugene Gizowski, Sr. Dep.")

23. Excerpts taken from the Deposition of Norfie DiCiolla taken on August 22, 2023. ("DiCiolla Dep.")

24. Excerpts taken from the Deposition of William Marley taken on January 11, 2024. ("Marley Dep.")

25. Excerpts from the Testimony of William Bigeck from the Trial of Nicholas Morfin on July 17, 1997. ("NM Trial: BB Tx")

26. Excerpts from the Testimony of Edward Morfin from the Trial of Nicholas Morfin on July 16, 1997. ("NM Trial: EM Tx")

27. Proffer Letter signed by Bryan O'Shea and Scott Cassidy on September 20, 1996. ("O'Shea Proffer Letter")

28. Excerpts taken from the Deposition of Bryan O'Shea taken on July 23, 2024. ("O'Shea Dep.")

29. General Progress Report ("GPR") by Det. Argenbright documenting the interview from Nicholas Morfin with ASA Shea ("GPR NM2")

30. GPR by Det. Argenbright documenting the statement given to ASA Shea and ASA Holmes by William Bigeck. ("GPR BB4")

31. William Bigeck's court reported statement taken on December 15, 1995. ("Court Rpt. BB")

32. Letter from Alison Flaum to William Bigeck on December 1, 2005. ("Bigeck Dep. Exhibit 227")

33. Investigative Report of the Interviews of William Bigeck prepared by Norfie DiCiolla dated October 25, 1996. ("Exhibit 222 of William Bigeck Dep")

34. Excerpts taken from the Deposition of Sean O'Brien taken on June 21, 2023. ("Sean O'Brien Dep.")

35. CPD Case Supplementary Report dated September 26, 1996. ("CSR 9.26.1996")

36. Excerpts taken from the Testimony of Mike Bielawski in front of the Grand Jury on October 7, 1996. ("Bielawski Dep. Exhibit Sopron 013762-013771")

37. Report of Proceedings of the Antusas/Sopron Bench Trial on February 3, 1998. ("ROP (3)")

38. Report of Proceedings of the Antusas/Sopron Bench Trial on February 4, 1998. ("ROP (4)")

39. Report of Proceedings of the Antusas/Sopron Bench Trial on February 5, 1998. ("ROP (5)")

40. Report of Proceedings of the Antusas/Sopron Bench Trial on February 9, 1998. ("ROP (7)")

41. Excerpts taken from the Deposition of Wayne Antusas taken on March 19, 2024. ("Antusas Dep.")

42. Wayne Antusas's Brief and Argument for Defendant-Appellant filed on July 19, 2019, document No. 1-17-1644. ("Exhibit 294 Antusas Dep.")

43. Wayne Antusas's Motion to Reconsider Sentence filed on December 15, 2016. ("Exhibit 307 of Antusas Dep.")

44. Wayne Antusas's Sentencing Memorandum filed on August 30, 2016. ("DLA_0000030")

45. Excerpt taken from Wayne Antusas's Sentencing Memorandum filed on August 30, 2016. ("DLA_0000033")

46. Wayne Antusas's Successive Post-Conviction Petition (With Exhibits) dated June 27, 2019. ("Exhibit 295 Antusas Dep.")

47. People's Amended Motion to Dismiss Successive Petition for Post-Conviction Relief filed on September 5, 2019, in *People v. Wayne Antusas*. ("Exhibit 428 Rogala Dep.")

48. Excerpts taken from the Post-Conviction proceedings on November 18, 2020. ("Antusas Post-Conviction proceeding.")

49. Excerpts taken from the Deposition of Mark Rotert taken on May 10, 2024. ("Rotert Dep.")

50. Proffer Agreement sent to William Bigeck from CIU, Mark Rotert, dated February 25, 2019. ("Exhibit 366 of Rotert Dep.")

51. Case summary report of the details and history in *People v. Matthew Sopron*. ("Exhibit 370 of Rotert Dep.")

52. People's Memorandum of Law Concerning the Court's Authority to Grant Relief At This Stage of the Proceedings, filed on October 18, 2020 in *People v. Wayne Antusas*. ("Exhibit 429 of Rogala Dep.")

53. Order allowing Antusas's Motion to Petition for a Certificate of Innocence, entered on November 29, 2021. ("CCSAI Def. 000116")

54. Excerpts taken from the Deposition of Edward Morfin taken on December 7, 2023. ("Eddie Morfin Dep.")

55. Excerpts taken from the Deposition of Nicholas Morfin taken on March 11, 2024. ("Nick Morfin Dep.")

56. Newspaper article titled "Four, And Counting, Are Arrested." ("Exhibit 301 Antusas Dep.")

57. Circuit Court of Cook County, Adult Probation Department, Investigative Report on Wayne Antusas dated February 13, 1998. ("Exhibit 298 Antusas Dep.")

58. Two letters addressed to Wayne Antusas from Eric Anderson. ("Exhibit 150 Antusas Dep.")

59. Letter addressed to Eric Anderson from Wayne Antusas, signed "Craze." ("Exhibit 151 Antusas Dep.")

60. Letter addressed to Wayne Antusas, a.k.a. "Craze," from "Shadow." ("Exhibit 291 Antusas Dep.")

61. Confidential Psychological Report for Wayne Antusas by Rahn Y. Minagawa, Ph.D. dated May 5, 2016. ("Exhibit 302 Antusas Dep.")

62. Newspaper article titled "Cops Halt 'Bronson' Scheme. ("Exhibit 303 Antusas Dep.")

63. Report from Police regarding the history and details of the Insane Popes gang. ("Exhibit 305 Antusas Dep.")

64. Messages between Nicole Loye and Bryan O'Shea. ("Loye Exhibit 155, Northwestern 018140")

65. Letters between Nicole Loye and William Bigeck and a fact sheet written by Nicole Loye following her visit to William Bigeck. ("Loye Exhibit 153")

66. Report of Proceedings on Rogala's motion for all charges against Sopron to be Nolle Pros on December 18, 2018. ("Sopron Exhibit 336")

67. Excerpt from Kogut's motion to quash and suppress the evidence. ("(Tx) at Morfin-kogut 004051-52")

68. Report of Proceedings transcript for the Trial of Nicholas Morfin on July 16, 1997. ("7/16/97 Trial Tx")

69. Report of Proceedings transcript for the Trial of Nicholas Morfin on July 18, 1997. ("7/18/97 Trial Tx")

70. Report of Proceedings transcript for the Trial of Nicholas Morfin on July 17, 1997. ("7/17/97 Trial Tx")

71. Letter addressed to Wayne Antusas from Nicholas Morfin dated February 2, 1996. ("Feb. 1996 NM Ltr.")

72. Nicholas Morfin's Motion to Reconsider filed on August 22, 2017. ("Exhibit 394 of Kogut Dep.")

73. Nicholas Morfin's Petition for Certificate of Innocence. ("COI Petition")

74. The People's Objection to Petition for a Certificate of Innocence for Nicholas Morfin filed on June 16, 2021. ("Exhibit 427 Rogala Dep")

75. Report of Proceedings on Nicholas Morfin's Certificate of Innocence on October 7, 2021. ("Morfin's COI Proceedings Transcript of Proceedings No. 19CR-01838-05")

76. Excerpt of Edward Morfin's Testimony in the Post-Conviction hearing of Matthew Sopron. ("EM PC Testimony")

77. Excerpts taken from the deposition of James Kogut taken on May 15, 2024. ("Kogut Dep.")

78. Matthew Sopron's First Amended Complaint filed on November 2, 2021. ("Dkt. 124")

79. Investigative Report of the Interviews of William Bigeck prepared by Norfie DiCiolla dated October 25, 1996. ("SOPRON 006145")

80. *People v. Sopron*, (Ill. Rule 23 Order 1st Dist., 6th Div. May 20, 2005, No. 1-03-3751).

81. *People v. Sopron*, 2012 IL App (1st)

82. Excerpts taken from the deposition of Kim Foxx taken on April 16, 2026. ("Kim Foxx Deposition")

83. Excerpts taken from the deposition of Michael Bielawski (Corrozco) taken on October 12, 2023. ("Corrozco Dep.")

84. *State of Illinois v. Wayne Antusas*, No. 96 CR 26741-01, November 18, 2020.

85. The People's Objection to Petition for a Certificate of Innocence for Wayne Antusas filed June 16, 2021. ("Rogala Dep. Exhibit 430")

86. *People v. Anderson and Morfin*, Nos. 1-98-2390 & 1-98-2438 (cons.)(Rule 23 Order Dec. 29, 2000).

87. Nicholas Morfin's Post-Conviction Petition filed December 21, 2018.

88. Order granting Nicholas Morfin's Post-Conviction Petition entered on January 22, 2021.

89. Choices and Decisions Program by the Cook County State's Attorney's Office.

90. William Bigeck signed plea agreement. ("BB Plea K")

91. Edward Morfin signed plea agreement. ("EM Plea K")

92. Excerpts taken from the deposition of Roger Pena taken on May 8, 2023. ("Roger Pena Dep.")

93. Investigative Report of the interview of Michael Vitale taken on September 17, 2020. ("Investigative Report- Vitale")

94. Excerpts taken from the Report of Proceedings of Sopron's Post-Conviction hearing on December 10, 2018. ("Sopron PC Transcript (Bigeck Recant)")

95. John Gizowski's handwritten statement taken on September 26, 1996. ("John Gizowski HW Statement")

96. Bryan O'Shea's handwritten statement taken on September 26, 1996. ("O'Shea HW Statement")

97. Letter from Billy Bigeck to Scott Cassidy dated January 21, 2006. ("Bigeck Dep. Exhibit 228")

98. Letter from Patrick Walsh to William Bigeck dated July 20, 2016 ("Bigeck Dep. Exhibit 229")

99. Affidavit of William Bigeck signed on December 17, 2020. ("Bigeck Dep. Exhibit 230")

100. Affidavit of Bryan O'Shea signed on March 5, 2001. ("O'Shea Dep. Exhibit 462")

101. Letter from Patrick Walsh to Eugene Gizowski, Sr. dated February 13, 1997. ("Walsh Ex. 2")

102. Affidavit of Edward Morfin signed on October 16, 1999. ("Bigeck Dep. Exhibit 225")

103. *Illinois v. Wayne Antusas*, 96 CR 26741-01 Report of Proceedings from November 18, 2020, before Judge Tim Joyce.

104. Excerpts taken from the deposition of Neil Linehan taken on February 24, 2024. ("Linehan Dep.")