**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MORFIN, | ) | |
| Plaintiff, | ) | Case No. 21-CV-05525 |
| v. | ) | |
| | ) | District Judge John F. Kness |
| SCOTT CASSIDY, *et al.*, | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

| | | |
|---|---|---|
| WAYNE ANTUSAS, | ) | |
| Plaintiff, | ) | Case No. 22-CV-00320 |
| v. | ) | |
| | ) | |
| SCOTT CASSIDY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' AGREED BRIEFING SCHEDULE FOR
DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE
AN ENLARGED SUMMARY JUDGMENT MOTION**

In accordance with this Court's Motion Policy, the parties submit the following agreed briefing schedule for Defendants' Joint Motion to File an Enlarged Memorandum of Law in Support of Summary Judgment (*Morfin*, Dkt. 260; *Antusas*, Dkt. 231), as follows:

1. Plaintiffs shall file their response on or before July 31, 2026; and

2. Defendants shall file their reply on or before August 7, 2026.

Dated:  July 19, 2026

/s/ Michael C. Stephenson
*Counsel for Defendant Scott Cassidy*

James M. Lydon
Michael C. Stephenson
Matthew R. Howroyd
Stephen D. Mehr
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
jlydon@hinshawlaw.com
mstephenson@hinshawlaw.com
mhowroyd@hinshawlaw.com
smehr@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2026, I filed the aforementioned document with the Clerk of Court using the CM/ECF system, which effected service on all counsel of record.

*/s/ Michael C. Stephenson*

3