**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MORFIN,<br>Plaintiff,<br>v.<br>SCOTT CASSIDY, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21-CV-05525<br>Honorable Judge John F. Kness |
| WAYNE ANTUSAS,<br>Plaintiff,<br>v.<br>SCOTT CASSIDY, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-CV-00320<br>Honorable Judge John F. Kness |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (JUDICIAL ESTOPPEL)**

Defendants Scott Cassidy, Neil Linehan, Colleen Hyland, Laura Sullivan (f/k/a Suffield), George Andrews, Patricia Shea, Steve DiNolfo, William Marley, Norfie DiCiolla, Veronica Lopez as Special Representative for Leonard Bajenski, George Holmes, Thomas Argenbright, Al Graf, Anthony Graffeo, William Moser, and the City of Chicago respectfully move this Court, pursuant to Rule 56 and Local Rule 56.1, for summary judgment on all claims asserted by Plaintiffs Wayne Antusas and Nicholas Morfin on grounds of judicial estoppel and state as follows:

1. Plaintiffs Wayne Antusas and Nicholas Morfin's civil rights complaints allege that they were not participants or at all involved in the murders of Carrie Martin and Helena Martin and that Defendants built a case against them by manufacturing coerced or fabricated

witness statements. In both cases, Plaintiffs claim they were wrongfully arrested and then wrongfully convicted for the Hovel and Martin murders.

2. Based on these allegations, Plaintiffs assert the following claims in their respective operative Complaints, though each count is not asserted against each Defendant:

a. Count I — § 1983 Due Process

b. Count II — § 1983 Deprivation of Liberty and Detention Without Probable Cause

c. Count III — § 1983 Failure to Intervene

d. Count IV — § 1983 Conspiracy to Deprive Constitutional Rights

e. Count V — § 1983 Policy and Practice Claim Against the City of Chicago

f. Count VI — State Law - Malicious Prosecution

g. Count VII — State Law - Intentional Infliction of Emotional Distress

h. Count VIII — State Law - Civil Conspiracy

i. Count IX — State Law - Respondeat Superior

j. Count X — State Law - Indemnification

3. Defendants move for summary judgment on all claims against them because judicial estoppel bars Plaintiffs from advancing these assertions of actual innocence. In prior state court resentencing proceedings, both Plaintiffs admitted culpable involvement in the Hovel and Martin murders and attributed their conduct to a gang-directed plan led by Matthew Sopron. Having obtained reduced sentences on the basis of those admissions, they now seek to repudiate them in this civil rights litigation and deny Sopron's involvement for monetary gain.

4. All three factors governing judicial estoppel are satisfied as to both Plaintiffs: (1) their present positions are clearly inconsistent with the positions they took during resentencing; (2) the state courts accepted their earlier positions and relied upon them in granting sentencing

relief; and (3) allowing Plaintiffs to repudiate those positions now would confer an unfair advantage by permitting them to seek damages on the very premise they previously disclaimed.

**WHEREFORE**, Defendants respectfully request that this Court grant summary judgment in their favor on all claims asserted by Plaintiffs Wayne Antusas and Nicholas Morfin based on judicial estoppel and dismiss those claims with prejudice.

November 9, 2026

Respectfully submitted,

*/s/ Sean O'Callaghan*
*Counsel for Defendants Linehan, Hyland, Suffield (Sullivan), Andrews, Shea, and DiNolfo*

Sean O'Callaghan
Maureen O'Brien
O'Mara & O'Callaghan, LLC
230 W. Monroe Street, Suite 2620
Chicago, IL 60606
sean.ocallaghan@o2lawyers.com
maureen.obrien@o2lawyers.com

*/s/ James M. Lydon*
*Counsel for Defendant Scott Cassidy*

James M. Lydon
Michael C. Stephenson
Matthew R. Howroyd
Stephen D. Mehr
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
jlydon@hinshawlaw.com
mstephenson@hinshawlaw.com
mhowroyd@hinshawlaw.com
smehr@hinshawlaw.com

*/s/ William B. Oberts*
*Counsel for Defendants Marley, DiCiolla, and Lopez, as special representative for the Estate of Bajenski*

William B. Oberts
Amy M. Kunzer
Oberts Galasso Law Group
161 N. Clark St., Ste. 1600
Chicago, IL 60606
wboberts@obertsgalasso.com
amkunzer@obertsgalasso.com

*/s/ Anthony Masciopinto*
*Counsel for Defendants Holmes, Argenbright, Graf, Graffeo, and Moser*

Anthony Masciopinto
Special Assistant Corporation Counsel
Kulwin, Masciopinto & Kulwin, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
amasciopinto@kmklawllp.com

*/s/ James Fieweger*
*Counsel for Defendant City of Chicago*

James Fieweger
Carolyn Isaac
Ashni Gandhi
Michael Best & Friedrich LLP
444 W. Lake Street, Suite 3200
Chicago, IL 60606
jpfieweger@michaelbest.com
ceisaac@michaelbest.com
ashni.gandhi@michaelbest.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I filed the aforementioned document with the Clerk of Court using the CM/ECF system, which effected service on all counsel of record.

*/s/ Stephen Mehr*